# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr- 235 |
| Plaintiff, | ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM FOR JERMAINE XAVIER FREDERICK (ID#) 1914695 |
| vs. | |
| JERMAINE XAVIER FREDERICK, | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **JERMAINE XAVIER FREDERICK** before the United States District Court at Las Vegas, Nevada, on or about Thursday, August 11, 2016 Courtroom 3D, VCF _____, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: August 2, 2016

_____
UNITED STATES MAGISTRATE JUDGE

1  DANIELL G. BOGDEN
   United States Attorney
2  District of Nevada
   PHILLIP N. SMITH, JR.
3  Assistant United States Attorney
   501 Las Vegas Boulevard South
4  Suite 1100
   Las Vegas, Nevada  89101
5  702-388-6336

6              UNITED STATES DISTRICT COURT
                    DISTRICT OF NEVADA
7                         -oOo-

8  UNITED STATES OF AMERICA,          )  Case No.: 2:16-cr 235
9                                     )
                Plaintiff,             )  PETITION FOR WRIT OF HABEAS
10                                    )  CORPUS AD PROSEQUENDUM FOR
       vs.                            )  JERMAINE XAVIER FREDERICK
11                                    )  (ID#) 1914695
                                      )
12 JERMAINE XAVIER FREDERICK,         )
                                      )
13              Defendant.            )
                                      )

14     The petition of the United States Attorney for the District of Nevada respectfully shows

15 that **JERMAINE XAVIER FREDERICK**, is committed by due process of law in the custody

16 of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the

17 said **JERMAINE XAVIER FREDERICK** be temporarily released under a Writ of Habeas

18 Corpus Ad Prosequendum so that the said **JERMAINE XAVIER FREDERICK** may be

19 present before the United States District Court for the District of Nevada, Las Vegas, Nevada,

20 on ___ Thursday, August 11, 2016  Courtroom 3D, VCF _____, at the hour of 3:00 p.m., for arraignment and from time

21 to time and day to day thereafter until excused by the said Court.

22     That the presence of the said **JERMAINE XAVIER FREDERICK** before the United

23 States District Court on or about ___ Thursday, August 11, 2016  Courtroom 3D, VCF _____, at the hour of 3:00 p.m.,

24

for arraignment and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center, Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said **JERMAINE XAVIER FREDERICK** before the United States District Court on or about __Thursday, August 11, 2016 Courtroom 3D, VCF_____, at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

DATED this 2nd day of August, 2016.

Respectfully submitted,

DANIELL G. BOGDEN
United States Attorney

*/s/ Phillip N. Smith, Jr.*
PHILLIP N. SMITH, JR.
Assistant United States Attorney

2