# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

United States of America,

        Plaintiff,

v.

Jermaine Xavier Frederick,

        Defendant.

JUDGMENT

Case Number: 2:16-cr-00235-KJD-CWH

(Related case: 2:18-cv-00767-KJD)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

the judgment is entered Defendant's Amended Motion to Vacate, Set Aside, or Correct Conviction and Sentence and Motion to Vacate, Set Aside, or Correct Sentence are denied.

| | |
|---|---|
| 6/8/2021 | DEBRA K. KEMPI |
| Date | Clerk |
| | |
| | Deputy Clerk |