UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERMAINE XAVIER FREDERICK,<br><br>Defendant. | Case No. 2:16-cr-00235-KJD-CWH<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, June 13, 2016 at 11:30 a.m., be vacated and continued to July 5, 2023 at the hour of 11:00 a.m.; or to a time and date convenient to the court in courtroom 4A.

DATED this 8th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE