RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Jermaine Xavier Frederick

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JERMAINE XAVIER FREDERICK,<br><br>        Defendant. | Case No. 2:16-cr-00235-KJD-CHW<br><br>**STIPULATION TO DISMISS PETITION AND ADDENDUM AND VACATE STATUS HEARING** |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Justin J. Washburne, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Jermaine Xavier Frederick, that the petition and addendum be dismissed and that the status check set for Tuesday, January 9, 2024, at 9:30 AM be vacated.

This Stipulation is entered into for the following reasons:

1. United States Probation Officer Matthew S. Martinez submitted a Petition for Summons for Offender Under Supervision on May 12, 2023. (ECF Nos. 67, 68.)

2. The Court held an initial appearance on June 1, 2023. (ECF No. 71.)

3. Officer Martinez submitted on Addendum on July 3, 2023.

4.  The Court held a revocation hearing on July 5, 2023. (ECF No. 80.) Mr. Frederick admitted to violations 1, 2, and 3 in the Petition. (*Id.*) The Court stayed sentencing for a period of six months. (*Id.*) The government agreed to dismiss the Petition and Addendum if Mr. Frederick had no further violations. (*Id.*)

5.  The parties have conferred with Officer Martinez, and Officer Martinez has advised the parties that Mr. Frederick has had no further violations.

6.  The parties stipulate to the Court dismissing the Petition and Addendum because Mr. Frederick has had no further violations.

7.  The parties further stipulate to the Court vacating the status hearing set for Tuesday, January 9, 2024 at 9:30 AM.

DATED this 4th day of January, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Rick Mula*<br>RICK MULA<br>Assistant Federal Public Defender | By */s/ Justin J. Washburne*<br>JUSTIN J. WASHBURNE<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00235-KJD-CWH |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| JERMAINE XAVIER FREDERICK, | |
| Defendant. | |

  IT IS THEREFORE ORDERED that the Petition (ECF No. 68) and Addendum are dismissed.

  IT IS FURTHER ORDERED that the status hearing set for Tuesday, January 9, 2024 at 9:30 AM is vacated.

  DATED this 4th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE

3