RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Jermaine Xavier Frederick

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JERMAINE XAVIER FREDERICK,<br><br>　　　　　Defendant. | Case No. 2:16-cr-00235-KJD-CHW<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jessica Oliva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Jermaine Xavier Frederick, that the Revocation Hearing currently scheduled on September 10, 2024, be vacated and continued to September 24, 2024.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel plans to be out of the district during the time currently scheduled for the revocation hearing.

　　　　2.　　The defendant is out of custody and agrees with the need for the continuance.

　　　　3.　　The parties agree to the continuance.

4. Defense counsel currently has hearings scheduled at 8:30 AM and 9:30 AM on September 24, 2024. Accordingly, defense counsel respectfully requests that the revocation hearing be set at 10:30 AM or later on September 24, 2024.

This is the second request for a continuance of the revocation hearing.

DATED this 3rd day of September, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Rick Mula*<br>RICK MULA<br>Assistant Federal Public Defender | By */s/ Jessica Oliva*<br>JESSICA OLIVA<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERMAINE XAVIER FREDERICK,<br><br>Defendant. | Case No. 2:16-cr-00235-KJD-CWH<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for September 10, 2024, at 10:00 a.m., be vacated and continued to September 24, 2024 at the hour of 11:00 a.m. in courtroom 6B; or to a time and date convenient to the court.

DATED this 9th day of September, 2024.

_____
UNITED STATES DISTRICT JUDGE